FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 28  AM 11: 15

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS H. PINKERTON | CIVIL ACTION |
| VERSUS | NO. 06-0935 |
| BURL CAIN, WARDEN | SECTION "F"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Thomas H. Pinkerton's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 27th day of June, 2007.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____